UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS SANTANA,

Plaintiffs,

v.

SEISMIC COFFEE ROASTERS LLC, et al.,

Defendants.

Case No. 26-cv-00381-AGT

**CASE MANAGEMENT ORDER**

The Court sets the following dates and deadlines, none of which will be modified without Court approval upon a showing of good cause. Deadlines for pretrial filings (e.g., motions in limine, witness and exhibit lists) will be set at a later date.

| **Event** | **Date/Deadline** |
| --- | --- |
| Last day to move to join parties or amend pleadings | September 17, 2026 |
| Fact discovery cutoff | January 22, 2027 |
| Initial expert witness disclosures | January 22, 2027 |
| Rebuttal expert witness disclosures | February 19, 2027 |
| Expert discovery cutoff | March 10, 2027 |

| | |
|---|---|
| Deadline to file dispositive motions | March 19, 2027 |
| Final pretrial conference | July 1, 2027 |
| Trial | July 13–15, 2027 |

**IT IS SO ORDERED.**

Dated: July 31, 2026

Alex G. Tse
United States Magistrate Judge