UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANTANA,<br>Plaintiff,<br>v.<br>SEISMIC COFFEE ROASTERS LLC, et al.,<br>Defendants. | Case No. 26-cv-00381-AGT<br>**ORDER ON MOTION FOR LEAVE TO AMEND**<br>Re: Dkt. No. 18 |

Luis Santana seeks leave to amend his complaint to add Espresso Roma Corp. as a defendant. Dkt. 18. Espresso Roma "appears on [Santana's] own pay records and shares common ownership, a common address, and a common management with the named Defendants." *Id.* at 5. Defendants haven't opposed Santana's motion, and the time by which to do so has passed. The Court grants Santana's motion. Santana moved for leave to amend before the deadline to do so, *see* dkt. 14, and the amendment doesn't appear to be futile. Santana shall file his first amended complaint by October 20, 2026.

**IT IS SO ORDERED.**

Dated: October 15, 2026

Alex G. Tse
United States Magistrate Judge